**Fill in this information to identify your case:**

Debtor 1: **Laura T Reis**
First Name          Middle Name          Last Name

Debtor 2:
(Spouse if, filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **DISTRICT OF IDAHO**

Case number: **1:22-bk-517**
(if known)

☐ Check if this is an amended filing

# B 104
## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders        12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Alma, Inc.
485 Half Day Road
Suite 100
Buffalo Grove, IL 60089

Contact

Contact phone

What is the nature of the claim?   **Invoice for funds received**   $30,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)    _____
        Value of security:                  - _____
        Unsecured claim                       _____

**2**
Bill Albers
5530 N Papago Avenue
Boise, ID 83713

Contact

Contact phone

What is the nature of the claim?   **Promissory Note**   $105,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)    _____
        Value of security:                  - _____
        Unsecured claim                       _____

| Debtor 1 | Laura T Reis | Case number (if known) | 1:22-bk-517 |
|---|---|---|---|

### 3

**Credibly**
Attn: Bankruptcy Department
1501 W. Fountainhead Pkwy
Suite 630
Tempe, AZ 85282

_____
Contact

_____
Contact phone

**What is the nature of the claim?**  **Business Debt - Personal Guarantee**   $22,942.21

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
          Value of security:           -_____
          Unsecured claim             _____

### 4

**Dext Capital, LLC**
4000 Kruse Way Place
Building 3 Suite 100
Lake Oswego, OR 97035

_____
Contact

_____
Contact phone

**What is the nature of the claim?**  **Business Debt - Personal Guarantee**   $195,690.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
          Value of security:           -_____
          Unsecured claim             _____

### 5

**Dext Capital, LLC**
Attn: Bankruptcy Department
4000 Kruse Way Place
Building 3 Suite 100
Lake Oswego, OR 97035

_____
Contact

_____
Contact phone

**What is the nature of the claim?**  **Business Debt - Personal Guarantee**   $183,985.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
          Value of security:           -_____
          Unsecured claim             _____

### 6

**DoctorLogic**
**Atten: Bankruptcy Department**
**6509 Windcrest Suite #100**

**Plano, TX 75024**

**What is the nature of the claim?**  **Service Agreement**   $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2022 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Laura T Reis | Case number *(if known)* | 1:22-bk-517 |
|---|---|---|---|

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

---

**7**

**FH Capital, LLC**
Attn: Bankruptcy Department
1075 Broad Ripple Avenue
Suite 265

Indianapolis, IN 46220

What is the nature of the claim?   **Service Agreement - Reis Wellness**   **$16,187.76**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

---

**8**

**Firstmark Services**
Attn: Bankruptcy Department
PO Box 2977

Omaha, NE 68103-2977

What is the nature of the claim?   **$31,523.73**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

---

**9**

**Grail**
Attn: Bankruptcy Department
Dept. LA 25195

Pasadena, CA 91185-5195

What is the nature of the claim?   **Medical Debt**   **$860.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

---

**10**

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

What is the nature of the claim?   **Taxes**   **$6,553.79**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor 1 | Laura T Reis | Case number (if known) | 1:22-bk-517 |
|---|---|---|---|

☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:    -
       Unsecured claim

Contact
Contact phone

---

**11**

Labcorp
PO Box 12140
Burlington, NC 27216

Contact
Contact phone

**What is the nature of the claim?** Medical    $290.75

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:    -
       Unsecured claim

---

**12**

Merrick Bank
Attn: Bankruptcy Department
PO Box 660702
Dallas, TX 75266-0702

Contact
Contact phone

**What is the nature of the claim?** Credit card purchases    $601.24

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:    -
       Unsecured claim

---

**13**

Nelnet
Attn: Claims
PO Box 82505
Lincoln, NE 68501-2505

Contact
Contact phone

**What is the nature of the claim?** Promissory Note    $263,680.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:    -
       Unsecured claim

---

**14**

Nelnet
Attn: Claims

**What is the nature of the claim?** Promissory Note    $203,043.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent

---

| Debtor 1 | Laura T Reis | Case number (if known) | 1:22-bk-517 |
|---|---|---|---|

PO Box 82505
Lincoln, NE 68501-2505

☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

_____ Contact
_____ Contact phone

---

**15**

Nelnet
Attn: Claims
PO Box 82505
Lincoln, NE 68501-2505

**What is the nature of the claim?**  Promissory Note   $77,357.29

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

_____ Contact
_____ Contact phone

---

**16**

Nelnet
Attn: Claims
PO Box 82505
Lincoln, NE 68501-2505

**What is the nature of the claim?**  Promissory Note   $37,201.87

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

_____ Contact
_____ Contact phone

---

**17**

Nelnet
Attn: Claims
PO Box 82505
Lincoln, NE 68501-2505

**What is the nature of the claim?**  Promissory Note   $33,064.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

_____ Contact
_____ Contact phone

---

**18**

**What is the nature of the claim?**  2018 Chevrolet Bolt 22,000 milesVIN   $4,141.53

| Debtor 1 | Laura T Reis | Case number (if known) | 1:22-bk-517 |
|---|---|---|---|

ending 113518

**OneMain Financial**
**Attn: Bankruptcy Department**
**9506 Fairview Avenue**
**Boise, ID 83704**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)   $29,066.53
       Value of security:              - $24,925.00
       Unsecured claim                  $4,141.53

Contact

Contact phone

---

**19**

What is the nature of the claim?   20530 Sheperds Pie WayBoise, ID 83714, Garden City, ID 83714Ada   County Debtor is not listed on the mortgage. Mortgage is in Spouse's name only. The house is subject to a Post Marital Agreement.   $673,776.00

**Shellpoint Mortgage**
**Attn: Bankruptcy Department**
**PO Box 10826**
**Greenville, SC 29603-0826**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)   $673,776.00
       Value of security:              - $0.00
       Unsecured claim                  $673,776.00

Contact

Contact phone

---

**20**

**Stripe Capital**
**510 Townsend St.**
**San Francisco, CA 94103**

What is the nature of the claim?   Business Loan   $8,541.77

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)   
       Value of security:              -
       Unsecured claim                  

Contact

Contact phone

---

| Part 2: | Sign Below |
|---|---|

Under penalty of perjury, I declare that the information provided in this form is true and correct.

Debtor 1 **Laura T Reis**  Case number *(if known)* **1:22-bk-517**

X **/s/ Laura T. Reis**
**Laura T Reis**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **November 22, 2022**

Date _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2022 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy